ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
FRANK D. KORTUM
Assistant United States Attorney
California Bar No. 110984
     United States Courthouse
     312 North Spring Street, Suite 1400
     Los Angeles, California 90012
     Telephone:  (213) 894-5710
     Facsimile:  (213) 894-7177
     Email:      frank.kortum@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CV 10-2282 CBM (AGRx) |
| Plaintiff, | |
| v. | **CONSENT JUDGMENT** |
| $352,604.00 IN U.S. CURRENCY, | |
| Defendant. | |
| KHONG HOANG, | |
| Claimant | |

    On March 29, 2010, plaintiff United States of America ("plaintiff" or the "government") filed a Complaint for Forfeiture against the defendant currency as follows: $352,604.00 in United States Currency (the "defendant currency").  The government alleged that the defendant currency was subject to forfeiture pursuant to 21

U.S.C. § 881(a)(6).

Claimant Khong Hoang filed a claim on June 28, 2010 and an answer on July 20, 2010. No other claims, statements of interest, or answers have been filed, and the time for filing claims, statements, and answers has expired.

The Court having been duly advised of and having considered the matter, and based upon the consent of plaintiff and claimants,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1. This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1345 and 1355.

2. The Complaint for Forfeiture states a claim for relief pursuant to 21 U.S.C. § 881(a)(6).

3. Notice of this action has been given as required by law. The claimant filed the only statement of interest or claim. The claimant filed the only answer in this action. The Court deems that all other potential claimants admit the allegations of the Complaint for Forfeiture to be true.

4. The parties agree that $317,343.60 of the defendant currency shall be forfeited to the United States. The United States Marshals Service shall dispose of the currency in accordance with law.

6. The remaining $35,260.40 of the defendant currency with interest within 45 days of the entry of judgment, shall be electronically transmitted to the Paul L. Gabbert Client Trust Account.

7. The claimant hereby releases the United States of America, its agencies, officers, and employees, including employees of the Federal Bureau of Investigations, and local law enforcement

1 | agencies, their agents, officers, and employees, from any and all
2 | claims, actions, or liabilities arising out of or related to this
3 | action, including, without limitation, any claim for attorneys' fees
4 | or costs on behalf of claimants, whether pursuant to 28 U.S.C. §
5 | 2465 or otherwise.

6 |     8.   The Court finds that there was reasonable cause for the
7 | institution of these proceedings against the defendant assets.  This
8 | judgment shall be construed as a certificate of reasonable cause
9 | pursuant to 28 U.S.C. § 2465.

10 |    9.   The Court further finds that the claimant did not
11 | substantially prevail in this action, and the parties shall bear
12 | their own attorneys' fees and other costs of litigation.

14 | DATED: November  18   , 2010        *(signature)*

15 |                                     _____
                                         HONORABLE CONSUELO B. MARSHALL
                                         UNITED STATES DISTRICT JUDGE

<u>CONSENT</u>

The government and claimant consent to judgment and waive any right to appeal.

DATED: November ___, 2010    ANDRÉ BIROTTE JR.
                             United States Attorney
                             ROBERT E. DUGDALE
                             Assistant United States Attorney
                             Chief, Criminal Division
                             STEVEN R. WELK
                             Assistant United States Attorney
                             Chief, Asset Forfeiture Section


                             _____
                             FRANK D. KORTUM
                             Assistant United States Attorney

                             Attorneys for Plaintiff
                             United States of America


DATED: November ___, 2010


                             _____
                             PAUL L. GABBERT

                             Attorney for Claimant
                             Khong Hoang


DATED: November ___, 2010

                             _____
                             Khong Hoang

                             Claimant